College of Arts and Sciences

Department of Political Science



The Hon. Timothy Burgess, Chief Judge
District of Alaska
222 W. 7th Ave., No. 229
Anchorage, AK 99513

RECEIVED
APR 10 2018
CHAMBERS OF
TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE

Dear Judge Burgess:

I am writing to follow up my earlier letter of June 23, 2017. You had previously granted a PACER fee exemption to my account number 4746243. This exemption, granted under Paragraph 9 of the Electronic Public Access Fee Schedule issued in accordance with 28 U.S.C. § 1913, was intended to support my extension of the EEOC Litigation Project's dataset. In my letter of June 23, 2017, I estimated having completed all my data collection by February 1, 2018, and you set the fee exemption to expire then as per my request.

RECEIVED
APR 10 2018
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Unfortunately, I must confess that I did not complete the data collection as quickly as I had hoped. Thus, I am approaching to request a new exemption through May 31, 2018 to allow me to wrap up the last few things I need to complete my research.

I will comply with all PACER terms of service related to fee exemptions, and will comply with the Court's order related to my use of the exemption.

Please do not hesitate to contact me if Your Honor has any questions or concerns. I remain, with kindest regards,

Very truly yours,



Matthew Reid Krell, J.D.
Ph.D. Candidate
University of Alabama
Department of Political Science
Adjunct Professor of Law

322 ten Hoor Hall
Box 870213
Tuscaloosa, AL 35487
(205) 348-5580
mrkrell@ua.edu